# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**JAMAR SAUNDERS,**           :

      **Petitioner**           :

             **CIVIL ACTION NO. 3:CV-14-501**

   **v.**                :

             **(Judge Mannion)**

**Warden, J.E. THOMAS**       :

      **Respondent**           :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY** **ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.


                        s/ *Malachy E. Mannion*
                      **MALACHY E. MANNION**
                      **United States District Judge**

**Dated: July 2, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0501-01-ORDER.wpd